UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-11276
Michael L. Angel )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

**Order Modifying Plan**

This matter coming before the Court on the Chapter 13 Trustee's Motion to Modify Plan under 11 U.S.C. section 1329;

IT IS HEREBY ORDERED:

(1) The confirmed plan is amended to provide no less than 100% for general unsecured claims.

(2) Plan payments are increased to $2,260.00 per month

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 27, 2021

**Prepared by:**

Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300